# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 07-3003-PA  **Date of Proceeding:** 3/7/07

**Case Title:** Caligiuri v Columbia River Bank Mortgage Group, et al.

**Presiding Judge:** Owen M. Panner   **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

Record of Order: Granting Plaintiff's Emergency Verified Motion (#25) for Temporary Restraining Order, until March 19, 2007. The court will hold a hearing on this matter March 19, 2007, at 1:30 p.m.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Vincent-Ralph Caligiuri, Pro se | Bennett Goldstein |
| | Teresa M. Shill |
| | Pilar C. French |

cc:   {x}  All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**   **Honorable Owen M. Panner**